

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**CONROE IMMIGRATION COURT**

Respondent Name:
   MOUSAVI, ALI

To:
   Calehr, Haroen
   10301 Northwest Freeway
   Suite 311
   Houston, TX 77092-8227

A-Number:
200932928
Riders:
In Custody Redetermination Proceedings

Date:
04/16/2024

## ORDER OF THE IMMIGRATION JUDGE

The respondent requested a custody redetermination pursuant to 8 C.F.R. § 1236. After full consideration of the evidence presented, the respondent's request for a change in custody status is hereby ordered:

☑ Denied, because
   No Jurisdiction-Respondent is an alien described in INA sec. 237(a)(4)-Terrorist Activity.

☐ Granted. It is ordered that Respondent be:
   ☐ released from custody on his own recognizance.
   ☐ released from custody under bond of $
   ☐ other:

☐ Other:

*[Signature: Robert Y. Powell]*

Immigration Judge: POWELL, ROBERT 04/16/2024

| Appeal: | Department of Homeland Security: | ☑ waived | ☐ reserved |
|---|---|---|---|
| | Respondent: | ☐ waived | ☑ reserved |

Appeal Due: 05/16/2024

## Certificate of Service

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service

To: [ ] Noncitizen | [ ] Noncitizen c/o custodial officer | [ E ] Noncitizen's atty/rep. | [ E ] DHS

Respondent Name : MOUSAVI, ALI | A-Number : 200932928

Riders:

Date: 04/16/2024 By: JAG, Court Staff